Lourdes Rodriguez, Houston, TX, for Defendant–Appellant.

Before JOLLY, CLEMENT and HAYNES, Circuit Judges.

PER CURIAM: *

Luis Rodolfo Rodriguez–Cepeda appeals from his bench trial conviction for illegal reentry into the United States after deportation for an aggravated felony. Rodriguez–Cepeda's sole argument on appeal is that the record is insufficient to establish his guilt beyond a reasonable doubt because the record does not contain the stipulated facts introduced at his bench trial. This court reviews the entire record to determine whether the district court's finding of guilt is supported by "any substantial evidence." *United States v. Serna–Villarreal,* 352 F.3d 225, 234 (5th Cir. 2003).

After Rodriguez–Cepeda filed his appellate brief, this court granted the Government's motion to supplement the record with a copy of the stipulated facts, as well as an affidavit from the prosecutor attesting that the submitted copy is identical to the written stipulation introduced at Rodriguez–Cepeda's bench trial. Rodriguez–Cepeda has not responded to the Government's motion. Based on the record as supplemented, the evidence was sufficient to support the district court's finding of guilt.

The district court's judgment of conviction is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Sergio Vasquez CARBAJAL, also known as Sergio Carvajal Vazquez, also known as Sergio Vasquez–Carbajal, also known as Sergio Carvajal–Vasquez, also known as Sergio Vazquez, Defendant–Appellant.**

No. 07–20580
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Sergio Vasquez Carbajal was convicted of illegal reentry into the United States after having been deported and was sentenced to serve 46 months in prison. In light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), he challenges the constitutionality of 8 U.S.C. § 1326(b)'s treatment of prior felony and aggravated felony convictions as sentencing factors rather than elements of the offense that must be found by a jury. This argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *United States v. Pineda–Arrellano*, 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.